THE NATIONAL CITY BANK OF NEW YORK, Plaintiff and Appellant, *v.* FRANCISCO DE LA TORRE ET AL., Defendants and Appellees.

No. 5884. Decided February 16, 1933.

*Fiddler & Newsom, Jr.,* for appellant. *J. Ramírez Santibáñez, R. Martínez Nadal,* and *Luis Muñoz Morales* for appellee Francisco de la Torre. *Luis Llorens Torres,* and *O'Neill & O'Neill* for appellees A. O'Neill and Mercedes de la Torre.

MR. JUSTICE HUTCHISON delivered the opinion of the Court.

After further consideration of the questions discussed in the brief for appellees, we adhere to the conclusion here-

tofore reached that an order dissolving or refusing to dissolve an attachment is appealable. A complete answer to the argument for appellees embodied in a brief of fifty-four pages would require more time than can be given to this aspect of the case. Anything short of an exhaustive analysis of the numerous cases relied on by counsel (in order to distinguish them and to meet the argument in the brief for appellees) would not serve any useful purpose.

The motion for a rehearing must be denied.